UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NELSON FERNANDEZ,                                        CASE NO. 2024-cv-80149-RLR

    Plaintiff,

v.

ROSET USA CORPORATION,

    Defendant.
_____/

## SUBSTITUTION OF COUNSEL

Defendant Roset USA Corporation, by and through undersigned counsel, hereby files this Stipulation for Substitution of Counsel and requests that Alejandro Brito, Esq. of Brito, PLLC, be substituted as counsel of record for Defendant in place of Angelica T. Aminov, Esq. of Tarter, Krinsky & Drogin, LLP.

                                                                              Respectfully submitted,

| | |
|---|---|
| **BRITO, PLLC** | **TARTER, KRINSKY & DROGIN, LLP** |
| *Counsel for Defendant* | *Former Counsel for Defendant* |
| 2121 Ponce de Leon Boulevard | 1350 Broadway |
| Suite 650 | New York, New York 10018 |
| Coral Gables, FL 33134 | Office:  212-216-8000 |
| Office:  305-614-4071 | |
| | By: /s/ Angelica T. Aminov |
| By: /s/ Alejandro Brito | **ANGELICA T. AMINOV** |
| **ALEJANDRO BRITO** | Florida Bar No. 1032282 |
| Florida Bar No. 098442 | aaminov@tarterkrinsky.com |
| abrito@britopllc.com | |
| apiriou@britopllc.com | |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the Florida Courts E-filing Portal upon all counsel of record on this 22ND day of February, 2024:

Roderick V. Hannah, Esq.
Roderick V. Hannah, P.A.
Doral, FL 33222
4800 N. Hiatus Road
Sunrise, FL 33351
rhannah@rhannahlaw.com

Pelayo M. Duran, Esq.
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309
duranandassociates@gmail.com
*Counsel for Plaintiff*

By*: /s/ Alejandro Brito*