**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

NELSON FERNANDEZ,                                             CASE NO. 2024-cv-80149-RLR

    Plaintiff,

v.

ROSET USA CORPORATION,

    Defendant.
_____/

**[PROPOSED] ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE came before the Court on Defendant Roset USA Corporation, ("Defendant") Stipulation of Substitution of Counsel. The Court, having reviewed the Stipulation, court file, and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. The Stipulation for Substitution of Counsel for Defendant is GRANTED.

2. Alejandro Brito, Esq. of Brito, PLLC is hereby substituted in place of Angelica T. Aminov, Esq. of Tarter, Krinsky & Drogin, LLP.

3. Angelica T. Aminov, Esq. of Tarter, Krinsky & Drogin, LLP shall have no further responsibility as counsel for Defendant.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this ____ day of February, 2024.

                                                                             _____
                                                                             Robin L. Rosenberg
                                                                             UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to: Counsel of Record